IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IRENE JONES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:04cv538-A |
| | ) | WO |
| LMR INTERNATIONAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LORETTA PERSONS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:04cv668-A |
| | ) | WO |
| LMR INTERNATIONAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Upon consideration of the Motion to Consolidate filed on May 3, 2005, in Civil Action No. 2:04cv538-A (Doc. #48), and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that these two cases are CONSOLIDATED for all purposes.  Civil Action No. 2:04cv538-A will be the lead case in which all future filings may be made.

DONE this 4th day of May, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE